## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cherry Valley Assoc. v. Fiorano Tile Imports, Inc.   Docket No.: 14-3915

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Anthony F. Giuliano

Firm: Pryor & Mandelup, LLP

Address: 675 Old Country Rd. Westbury, NY 11590

Telephone: 516-997-0999    Fax: 516-333-7333

E-mail: afg@pryormandelup.com

Appearance for: Appellee, Fiorano Tile Imports, Inc.
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: John H. Hall )
(name/firm)

[ ] Substitute counsel (replacing other counsel: ____ )
(name/firm)

[ ] Additional counsel (co-counsel with: ____ )
(name/firm)

[ ] Amicus (in support of: ____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on July 13, 2010    OR

[ ] I applied for admission on ____.

Signature of Counsel: *Anthony F. Giuliano*

Type or Print Name: Anthony F. Giuliano